UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL BERNER,<br><br>　　　　Plaintiff,<br><br>　-against-<br><br>GETTY IMAGES HOLDINGS, INC.,<br><br>　　　　Defendant. | 24-cv-4483 (JSR)<br><br>24-cv-5129 (JSR)<br><br>ORDER |
| JAMES LAPP,<br><br>　　　　Plaintiff,<br><br>　-against-<br><br>GETTY IMAGES HOLDINGS, INC.,<br><br>　　　　Defendant. | |

JED S. RAKOFF, U.S.D.J.:

　　On consent, <u>Berner v. Getty Images Holdings, Inc.</u>, 24-cv-4483 (JSR), and <u>Lapp v. Getty Images Holdings, Inc.</u>, 24-cv-5129 (JSR), are hereby consolidated for all pretrial purposes. For the reasons stated in the telephonic court conference of August 9, 2024, <u>see</u> transcript, the defendant's motions for stays in each of these cases is hereby denied.

　　SO ORDERED.

New York, NY
8/9, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.

1