```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DANIEL BERNER,<br><br>    Plaintiff,<br><br>-v-<br><br>GETTY IMAGES HOLDINGS, INC.,<br><br>    Defendant. | 24-cv-4483 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Confirming its ruling from the bench earlier today, the Court hereby grants with prejudice the motion of defendant Getty Images Holdings, Inc. to dismiss plaintiff Daniel Berner's Section 11 claim, see ECF No. 1 ¶¶ 151-64, essentially for the reasons stated by defense counsel in open court, see Transcript, September 16, 2024.

SO ORDERED.

New York, NY
September 16, 2024

                                                _____
                                                JED S. RAKOFF, U.S.D.J.