```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DANIEL BERNER,<br><br>    Plaintiff,<br><br>  -against-<br><br>GETTY IMAGES HOLDINGS, INC.,<br><br>    Defendant.<br><br>JAMES LAPP,<br><br>    Plaintiff,<br><br>  -against-<br><br>GETTY IMAGES HOLDINGS, INC.,<br><br>    Defendant. | 24-cv-4483 (JSR)<br>24-cv-5129 (JSR)<br><br><u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.:

    Plaintiffs Daniel Berner and James Lapp held warrants to purchase shares of defendant Getty Images Holdings, Inc. ("Getty") pursuant to a Warrant Agreement. Following Getty's alleged failure to allow them to exercise their warrants in accordance with the Warrant Agreement, Berner and Lapp separately sued Getty for breach of contract. The Court consolidated the two actions through the close of discovery, which has now been completed, and plaintiffs jointly moved for summary judgment. After careful consideration, the Court grants summary judgment for plaintiffs. An Opinion

1

explaining the reasons for this ruling will issue in due course, at which time judgment will be entered.

    SO ORDERED.

New York, NY
January 24, 2025

                                        JED S. RAKOFF, U.S.D.J.