UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
DANIEL BERNER,

        Plaintiff,

    -against-

GETTY IMAGES HOLDINGS, INC.,

        Defendant.

JAMES LAPP,

        Plaintiff,

    -against-

GETTY IMAGES HOLDINGS, INC.,

        Defendant.
```

24-cv-4483 (JSR)
24-cv-5129 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

The Court confirms its Order granting summary judgment for plaintiffs. See ECF No. 43. An Opinion explaining the reasons for that ruling will issue by no later than August 8, 2025, at which time judgment will be entered.

SO ORDERED.

New York, NY
July 16, 2025

_____
JED S. RAKOFF, U.S.D.J.