**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DANIEL BERNER,

                    Plaintiff,

JAMES LAPP,

                    Plaintiff,

    -against-                                  24 **CIVIL** 4483 (JSR)
                                              24 **CIVIL** 5129 (JSR)

                                                **<u>JUDGMENT</u>**

GETTY IMAGES HOLDINGS, INC.,

                    Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 6, 2025, the Court has granted plaintiffs' motion for summary judgment on their breach of contract claims. Judgment is entered for plaintiffs in the amount of $4,695,499.00 for Berner and $1,497,595.00 for Lapp, plus prejudgment interest for both plaintiffs to be calculated at a rate of 9% per annum beginning on August 22, 2022, in the amount of $1,251,575.61 for Berner and $399,180.87 for Lapp; accordingly, the cases are closed.

**Dated:** New York, New York

      August 7, 2025

                                                          **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                              **BY:**                  K. mango

                                                          **Deputy Clerk**